# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.

(1) Eladio SANTOS ORTIZ; (2) FNU LNU, a/k/a "Chimao" ("CHIMAO"); (3) Escarlyn BAEZ Veras ("BAEZ"); (4) Dimerci MEJIA Heureaux, a/k/a "Katy" ("KATY"); (5) Adelis MEJIA ("ADELIS"); (6) Andreuris SANTOS, a/k/a "Angel" ("ANGEL"); (7) Miseal FRIAS; (8) Wilson MADE, a/k/a "Niazo"; (9) FNU LNU, a/k/a "Hamlito" ("HAMLITO"); (10) Miosotty ORTEGA Cruz ("ORTEGA"); (11) Louis RIVERA; (12) Llandry Massiel ROMERO Gonzalez ("ROMERO"); (13) Maria LARA CANDELARIO; (14) Henry ESTRELLA; (15) FNU LNU, a/k/a "Papo" ("PAPO"); (16) Esmerlin Herrera POLANCO; and (17) Stacey LAGASEE

Case No. 20-MJ-6506-MPK

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 2020 to August 10, 2020 in the county of Suffolk in the District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §846 | conspiracy to possess with intent to distribute and to distribute heroin, cocaine, and 400 grams or more of fentanyl |

This criminal complaint is based on these facts:

See attached Affidavit of DEA Task Force Mark J. Concannon

☑ Continued on the attached sheet.

/s/ Mark J. Concannon
*Complainant's signature*

Mark J. Cancannon, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/10/2020

*Judge's signature*

City and state: Boston, Massachusetts

Honorable M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*